UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELIPE HERNANDEZ

    Plaintiff,

v.                                               Case No. 8:23-cv-1302-TPB-JSS

DROP RUNNER, LLC and ORALDO
VEGA JR.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on November 21, 2023. (Doc. 24). Judge Sneed recommends that "Plaintiff's Supplemental Motion for Reasonable Attorney's Fees" (Doc. 19) be granted in part and denied in part. Specifically, Judge Sneed recommends that Plaintiff be awarded attorneys' fees in the amount of $3,300, taxable costs in the amount of $532, and post-judgment interest pursuant to 28 U.S.C. § 1961(a). No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis,* 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright,* 681 F.2d 732 (11th Cir.

1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. § 636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sneed's report and recommendation, the Court adopts the report and recommendation.   The Court agrees with Judge Sneed's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   Judge Sneed's report and recommendation (Doc. 24) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   "Plaintiff's Supplemental Motion for Reasonable Attorney's Fees" (Doc. 19) is **GRANTED IN PART and DENIED IN PART.**

(3)   Plaintiff is awarded reasonable attorney's fees in the amount of $3,300, taxable costs in the amount of $532, and post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of December, 2023.

     **TOM BARBER**
     **UNITED STATES DISTRICT JUDGE**